IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JEFFREY BARROWS                                        PLAINTIFF

v.                      Case No. 08-2002

CITY OF FORT SMITH, ARKANSAS and
KEVIN LINDSEY, CHIEF OF POLICE,
as an Individual and in his
Official Capacity                             DEFENDANTS

## J U D G M E N T

For reasons set forth in the Memorandum Opinion and Order, filed contemporaneously herewith, Defendants' Motion to Dismiss is **GRANTED**.

IT IS SO ORDERED this 9th day of May 2008.

                                       /s/ Robert T. Dawson
                                       Robert T. Dawson
                                       United States District Judge

**AO72A**
**(Rev. 8/82)**